**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MINDY MUN, on behalf of herself and all
others similarly situated,

                Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC.,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 4206 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 11, 2019, Plaintiff's FDCPA claims must be dismissed. The motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         December 11, 2019

                                          **RUBY J. KRAJICK**

                                              Clerk of Court

                **BY:**

                                              **Deputy Clerk**